

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00021-CR

Curtis Wayne **SHANNON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 540376
Honorable Yolanda T. Huff, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is REFORMED to delete all references to "DWI w/ BAC 0.15 or higher" and to reflect a conviction for driving while intoxicated under section 49.04(a) and (b) of the Texas Penal Code. The judgment is AFFIRMED AS REFORMED.

SIGNED August 28, 2024.

Luz Elena D. Chapa, Justice